

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 14, 2023

**By Electronic Mail**  **Filed Under Seal**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: *United States v. Nicholas and Jamie Orsini*,
23 Mag. 4655

Dear Judge Reznik:

The Government respectfully requests that the sealed complaint in this case be unsealed conditioned upon the arrest of the two defendants: Nicholas Orsini and Jamie Orsini.

The Government further respectfully requests that this letter, and any endorsement of it, be filed under seal until such time as the sealed complaint in this case is unsealed.

Please feel free to contact me with any questions or issues.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Michael D. Maimin
Assistant United States Attorney
(914) 993-1952

SO ORDERED:
_____
HON. VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE