DOCKET No. 23mj4655    DEFENDANT JAIMIE ORSINI

AUSA MICHAEL MAIMAN    DEF.'S COUNSEL RACHEL MARTIN
☐ RETAINED  ☑ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 6/15/23
TIME OF ARREST 6 am
TIME OF PRESENTMENT 3:48 pm

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☑ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Initial appearance of Jaimie Orsini. Defendant present with defense counsel Rachel Martin, Federal Defenders. Michael Maiman, AUSA present for the Government. Pretrial Services officer Shannon Finneran present. Defendant was advised of her rights and the charges against her and waives public reading. Rachel Martin was appointed previously to represent the defendant. Defendant to be detained on consent without prejudice. Motion to dismiss complaint, denied without prejudice. Medical order entered. 25 minutes.
See transcript. Recorded on Court Flow.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY        ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED            ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED  ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: June 29, 2023    ☐ ON DEFENDANT'S CONSENT

DATE: 6/15/23

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016